UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00452

**Rachel Potter,**
*Plaintiff,*

v.

**Luke Rachel et al.,**
*Defendants.*

**ORDER**

Plaintiff filed this action asserting claims pursuant to 42 U.S.C. § 1983. Doc. 1. On February 24, 2023, the magistrate judge issued a report recommending that the motion to dismiss and alternative motion for rule 7(a) reply be denied. Doc. 13. No party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court denies the motion to dismiss and alternative motion for rule 7(a) reply.

*So ordered by the court on August 10, 2023.*

J. CAMPBELL BARKER
United States District Judge