IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| RACHEL POTTER | § § § | |
| vs. | § § | CIVIL ACTION NO. 6:22-CV-452-JCB |
| LUKE RACHEL, *et al*. | § § § | |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court granted a motion to withdraw filed by Plaintiff's attorneys, Scott Palmer, James Roberts, and Breanta Boss (ECF 33). In the same Order, the Court directed Plaintiff to notify the Court in writing within 10 days of receipt whether she intends to proceed with the lawsuit representing herself or if she is retaining new counsel. Plaintiff was warned that failure to comply may result in dismissal of the lawsuit for failure to prosecute.

The Clerk mailed the Order to Plaintiff by regular and certified mail. On March 13, 2024, the certified mail sent to Plaintiff was returned to the Court with the notation "unclaimed" (ECF 34). Plaintiff did not respond to the Order as directed. To the extent Plaintiff is refusing to accept certified mail from the Court, she is failing to prosecute this case. The case cannot proceed if Plaintiff refuses to communicate with the Court and accept mail from the Court.

The Court may order dismissal of an action "[i]f the plaintiff fails to prosecute." FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126 (5th Cir. 1988). The Court has inherent authority to dismiss *sua sponte*. *McCullough v. Lynaugh*, 835 F.2d at 1127. Plaintiff's complaint should be dismissed without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

## RECOMMENDATION

It is recommended that the complaint be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b). Written objections shall not exceed eight pages. Local Rule CV-72(c).

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions, and recommendations, and except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United States Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 13th day of March, 2024.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE