UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00452

**Rachel Potter,**
*Plaintiff,*

v.

**Luke Rachel et al.**
*Defendants.*

## ORDER

Plaintiff Rachel Potter filed this action seeking relief pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(1). Doc. 8.

On March 13, 2024, the magistrate judge issued a report recommending that the complaint be dismissed without prejudice for failure to prosecute. Doc. 35. No party filed written objections. The report was sent to plaintiff by regular and certified mail. The report sent by certified mail was returned unclaimed. Doc. 36. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This action is dismissed without prejudice. Any motion not ruled on is denied as moot.

*So ordered by the court on April 19, 2024.*

J. Campbell Barker
United States District Judge